IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DAVID HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 13-cv-8584 |
| | ) | |
| v. | ) | Hon. Judge John W. Darrah |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**EMERGENCY MOTION TO CORRECT PLEADING BY VINCE FIELD**

NOW COMES attorney Vince Field, counsel for Plaintiff, to correct certain statements in Dkt. No. 126 Agreed Emergency Motion for Extension. In support, Mr. Field states as follows:

1. On July 19, 2016 I caused to be filed with this Court Dkt. No. 126 Agreed Emergency Motion for Extension.

2. This pleading contains a number of false statements that I would like to correct and/or withdraw.

3. Specifically, paragraph 5 states that "Counsel for Plaintiff has a family emergency that requires his son to have urgent surgery. That surgery will take place this afternoon." In addition, paragraph 7 states that "due to the emergent nature of the circumstances" counsel for Plaintiff was requesting an extension of time to complete discovery "so that [he] could be with his son during the above-described family emergency…" Finally, paragraph 8 represented that the motion was "brought in good faith."

4. Prior to filing the motion, I contacted the Clerk of this Court, Melanie Foster, and similarly informed her that I was having a family emergency requiring me to request an extension of time to complete discovery.

5. All of these statements were false as there was no family emergency.

6. I am filing this statement with the Court in order to correct the record. I am also filing this statement with the Court because I am deeply embarrassed and ashamed of my actions as described above. Finally, I am filing this statement because I owe this Court, Ms. Foster, opposing counsel, and my client an apology for these incredibly poor decisions on my part.

7. I also misled opposing counsel before and after the filing of the motion.

8. There is absolutely no excuse for what I did and ever since taking these actions I have not had a moment without tremendous regret.

9. I would like to note that this is something that I have never done before. While it is no excuse, I can only say that my actions were borne of a feeling of absolute desperation caused by the incredible stress of litigating cases, the pressure to serve my clients well, and, at the time, an extreme lack of sleep. I truly felt like I was at a breaking point and, having lost all perspective, somehow convinced myself that I had no other options.

10. In addition to filing this statement, I have self-reported my actions to the ARDC. I have also made my firm, opposing counsel, and my client aware of all of the above.

11. I fully recognize that what I did was wrong and I am very sorry for taking the actions that I did. I would like to impress on the Court that my actions in this regard are not a reflection of who I am as an attorney, nor or my colleagues at my firm, nor of who I am as a person. Nor are they a reflection of my utmost respect for the Court, for Ms. Foster, for opposing counsel, and for my client.

12. I can say that I have never in my life felt more embarrassed and ashamed. I can also say that I fully understand what my ethical obligations are as an attorney and that this is something that I will never do again.

13. My sincere hope is that this Court and opposing counsel can forgive my transgression for which I am truly and deeply sorry and regretful.

WHEREFORE, attorney Vince Field, counsel for Plaintiff, respectfully requests that this Court either strike Dkt. No. 126 or certain parts thereof from the record, or else allow counsel for Plaintiff to file a corrected pleading.

Vince Field

Dated: August 31, 2016

Respectfully submitted,

SIDLEY AUSTIN LLP

/s/ William F. Conlon
William F. Conlon
One South Dearborn
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

*Attorney for Vince Field*

## Certificate of Service

I, William F. Conlon, an attorney, certify that on August 31, 2016 I filed the foregoing Emergency Motion to Correct Pleading and caused it to be served on all counsel of record using the Court's CM/ECF system.

/s/ William F. Conlon
William F. Conlon